LOTTIE ELIZABETH JOHNSON, Respondent, v. J. DUNCAN DITHRIDGE,
Appellant.

*Libel — complaint — sufficiency.*

Appeal by the defendant from an order of the Supreme Court denying
his motion for judgment on the pleadings consisting of a complaint and
demurrer.

SCOTT, J.: The complaint attempts to set forth a cause of action for
damages for a libel. The libel is not set forth at length, but it is alleged
that defendant wrote a letter making certain statements concerning the
plaintiff. These statements as recited in the complaint are not libelous
*per se,* but plaintiff attempts to sustain the complaint by arguing that they
were calculated to injure her in her occupation and calling which is that
of a domestic servant. She does not, however, allege that the libel was
published of and concerning her in her business or occupation, or that she
has suffered special damage therefrom. The complaint is obviously insuf-
ficient and the defendant's motion should have been granted. The order
appealed from is, therefore, reversed, with ten dollars costs and disburse-
ments, and the motion granted, with ten dollars costs, with leave to plaintiff
to amend her complaint within twenty days after payment of all costs.
Clarke, P. J., Laughlin, Davis and Shearn, JJ., concurred.   Order reversed,
with ten dollars costs and disbursements, and motion granted, with ten
dollars costs, with leave to plaintiff to amend on payment of costs.